DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McKisson<br><br>Case below:<br>159 N.C. App. 229 | No. 436P03 | 1.  Def's NOA Based Upon a Constitutional Question (COA02-955) | 1. —— |
| | | 2.  Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3.  Def's (Alternative) PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4.  AG's Motion to Dismiss Appeal | 4. Allowed |
| State v. Medlin<br><br>Case below:<br>158 N.C. App. 314 | No. 524P03 | Def's PWC to Review the Decision of the COA (COA02-1522) | Denied |
| State v. Miles<br><br>Case below:<br>159 N.C. App. 468 | No. 488P03 | 1.  Def's NOA Based Upon a Constitutional Question (COA02-893) | 1. —— |
| | | 2.  Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3.  AG's Motion to Dismiss Appeal | 3. Allowed |
| State v. Nevills<br><br>Case below:<br>158 N.C. App. 733 | No. 418P03 | 1.  Def's NOA Based Upon a Constitutional Question | 1. —— |
| | | 2.  Def's PDR Under N.C.G.S. § 7A-31 (COA02-774) | 2. Denied |
| | | 3.  AG's Motion to Dismiss | 3. Allowed |
| State v. Rasmussen<br><br>Case below:<br>158 N.C. App. 544 | No. 414P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-849) | Denied |
| State v. Richardson<br><br>Case below:<br>159 N.C. App. 468 | No. 475P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1082) | Denied |
| State v. Scercy<br><br>Case below:<br>159 N.C. App. 344 | No. 495P03 | 1.  Def's NOA Based Upon a Constitutional Question (COA02-772) | 1. —— |
| | | 2.  Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3.  AG's Motion to Dismiss Appeal | 3. Allowed |
| State v. Shelman<br><br>Case below:<br>159 N.C. App. 300 | No. 466P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1261) | Denied |
| State v. Torres<br><br>Case below:<br>160 N.C. App. 251 | No. 530P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1589) | Denied |